IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| DONALD LYNN HUDSON, JR., | * |
| Plaintiff, | * |
| v. | Case No. 1:21-CV-217(WLS) |
| | * |
| SUMTER COUNTY LEC, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 26, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 26th day of January, 2022.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk